# UNITED STATES DISTRICT COURT
for the
District of Colorado

| | |
|---|---|
| United States of America<br>v.<br><br>BRIAN CHRISTOPHER PAZ PALMER,<br><br>*Defendant* | )<br>)<br>)<br>)  Case No.  21-mj-00168-STV<br>)<br>) |

## CRIMINAL COMPLAINT

I, Justin Stern, the complainant in this case, state that the following is true to the best of my knowledge and belief:

On or about July 19, 2021, within the State and District of Colorado, BRIAN CHRISTOPHER PAZ PALMER did knowingly possess and use, without lawful authority, a means of identification of another person, that is the name, date of birth, a partial Social Security Number, and driver's license of IDENTITY THEFT VICTIM as well as an access device in the form of a debit card number that could be used to obtain money, during and in relation to a felony enumerated in Title 18, United States Code, Section 1028A(c), that is bank fraud in violation of 18 U.S.C. § 1344.

All in violation of Title 18, United States Code, Section 1028A.

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. § 1028A | Aggravated Identity Theft |

This criminal complaint is based on these facts:

See Affidavit attached hereto and herein incorporated by reference.

**X** Continued on attached sheet.

*s/ Justin Stern*
*Complainant's signature*

Justin Stern, FBI Special Agent
*Printed name and title*

Sworn to before me and: ☐ signed in my presence.
☒ submitted, attested to, and acknowledged by reliable electronic means.

Date: September 29, 2021

*Judge's signature*

City and state: Denver, CO

Hon. Scott T. Varholak, U.S. Magistrate Judge
*Printed name and title*