DEFENDANT:            BRIAN CHRISTOPHER PAZ PALMER

YOB:                  2002

ADDRESS (CITY/STATE): Brighton, CO

OFFENSE:              Aggravated Identity Theft (18 U.S.C. § 1028A)

LOCATION OF OFFENSE (COUNTY/STATE): Boulder County, CO and elsewhere

PENALTY:              NLT 24 months imprisonment; NMT $250,000 fine (or 2x the gain or loss, whichever is great), or both a fine and imprisonment; NMT 1 year supervised release; $100 special assessment.

AGENT:                FBI SA Justin Stern

AUTHORIZED BY:        Bryan David Fields
                      Assistant U.S. Attorney

ESTIMATED TIME OF TRIAL:

   X   five days or less        _____ over five days        _____ other

THE GOVERNMENT

   X   will seek detention in this case        _____ will **not** seek detention in this case

The statutory presumption of detention **is** or **is not** applicable to this defendant. **(Circle one)**

OCDETF CASE:        _____ Yes        X   No