AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
для the
District of Colorado

| United States of America | ) |
|---|---|
| v. | ) |
| BRIAN CHRISTOPHER PAZ PALMER | ) Case No. 21-mj-00168-STV |
| *Defendant* | ) |

## ARREST WARRANT

TO: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* BRIAN CHRISTOPHER PAZ PALMER who is accused of offenses or violations based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☒ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

On or about July 19, 2021, within the State and District of Colorado, BRIAN CHRISTOPHER PAZ PALMER did knowingly possess and use, without lawful authority, a means of identification of another person, that is the name, date of birth, partial social security number, and driver license of IDENTITY THEFT VICTIM as well as an access device in the form of a debit card number that could be used to obtain money, during and in relation to a felony enumerated in Title 18, United States Code, Section 1028A(c), that is bank fraud in violation of 18 U.S.C. § 1344.

All in violation of Title 18, United States Code, Section 1028A.

Date: September 29, 2021

*Issuing officer's signature*

Scott T. Varholak, U.S. Magistrate Judge

City and state: Denver, CO

*Printed name and title*

**Return**

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____ at *(city and state)* _____.

Date: _____

*Arresting officer's signature*

*Printed name and title*