IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 21-mj-00168-STV

UNITED STATES OF AMERICA,

    Plaintiff,

v.

BRIAN CHRISTOPHER PAZ PALMER,

    Defendant.

---

## MOTION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

---

The United States of America, by and through the Acting United States Attorney for the District of Colorado, petitions the Court for Writ of Habeas Corpus Ad Prosequendum and states as follows:

1. The Defendant, Brian Christopher Paz Palmer, YOB: 09/14/2002, SID number 3806431, FBI number T88LKN064 is now confined in the Adams County Detention Facility, 150 North 19th Avenue, Brighton, CO 80601.

2. A hearing in the above-captioned case will be held forthwith in the United States District Court for the District of Colorado before a United States Magistrate Judge, and it is necessary that he be present in person during the proceedings, appearances, and final disposition of this case.

WHEREFORE your Petitioner moves the Court to order that a Writ of Habeas Corpus Ad Prosequendum be issued by this Court to the United States Marshal for the District of Colorado, or any other United States Marshal, or to any other federal law

enforcement officer, requiring said federal law enforcement officer to serve the writ on the Warden, Superintendent, or Custodian of any place or institution where the Defendant is confined, and requiring said federal law enforcement officer to produce the Defendant before a United States Magistrate Judge for the said defendant's initial appearance; and to hold the said defendant at all times in custody as an agent of the United States of America; and that immediately after the conclusion of the proceedings and final disposition of the above-entitled case in the United States District Court for the District of Colorado, shall return the said defendant to the institution where he was confined, under safe and secure conduct.

Respectfully submitted this 26th day of November, 2021.

                MATTHEW T. KIRSCH
                ACTING UNITED STATES ATTORNEY

By:    *s/ Bryan D. Fields*
        Bryan D. Fields
        Assistant United States Attorney
        United States Attorney's Office
        1801 California Street, Suite 1600
        Denver, Colorado 80202
        Telephone: (303) 454-0100
        Email: bryan.fields3@usdoj.gov
        Attorney for the Government

## CERTIFICATE OF SERVICE

I certify that on this 26th day of November, 2021, I electronically filed the foregoing **MOTION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record in this case.

By: *s/ Danielle Storinsky*
Legal Assistant
United States Attorney's Office