IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 21-mj-00168-STV

UNITED STATES OF AMERICA,

    Plaintiff,

v.

BRIAN CHRISTOPHER PAZ PALMER,

    Defendant.

## ORDER FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

Upon motion of the United States and for good cause shown, it is hereby

ORDERED that the Clerk of the Court issue a writ requiring the United States Marshal or any other federal law enforcement officer to produce Brian Christopher Paz Palmer, YOB: 09/14/2002, SID number 3806431, FBI number T88LKN064, now confined in the Adams County Detention Facility, 150 North 19th Avenue, Brighton, CO 80601, before a United States Magistrate Judge forthwith to appear for proceedings in the above-referenced and pending case; and to hold said defendant at all times in custody as an agent of the United States of America; that immediately after the conclusion of the proceedings and final disposition of the above-entitled case, return the said defendant to the institution where he was confined, under safe and secure conduct.

SO ORDERED this __29th__ day of __November__, 2021

                              BY THE COURT:

                              s/Scott T. Varholak
                              UNITED STATES DISTRICT COURT
                              DISTRICT OF COLORADO