IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 21-mj-168                    Date 12/7/2021

Case Title United States v. Palmer

**PLAINTIFF/DEFENDANT WITNESS LIST**
(**Circle One**)

| WITNESS | TIME ESTIMATED FOR EXAMINATION | |
|---|---|---|
| | Direct | Cross |
| Justin Stern | 30 minutes | |
| Lili Adeli | 15 minutes | |