# EXHIBIT LIST

CASE NUMBER  21-mj-00168            PLAINTIFF'S LIST  X            DEFENDANT'S LIST ____            THIRD PARTY LIST ____

CASE CAPTION  UNITED STATES OF AMERICA  VS.  BRIAN CHRISTOPHER PAZ PALMER            PAGE NUMBER ____  DATE 12/07/2021

LIST PLAINTIFF'S EXHIBITS BY NUMBER (1, 2, 3, ETC.) and DEFENDANT'S EXHIBIT BY LETTER (A, B, C, A1, A2, A3, B1, B2, B3, ETC.)

| EXHIBIT NO./LTR. | WITNESS | DESCRIPTION | STIP. | OFFER | REC'D | REFUSED | RULING RESERVED | COMMENTS/ INFORMATION |
|---|---|---|---|---|---|---|---|---|
| 1 | | July 19, 2021 call to Victim Credit Union Part 1 (Physical Exhibit) | | | | | | |
| 2 | | July 19, 2021 call to Victim Credit Union Part 2 (Physical Exhibit) | | | | | | |
| 3 | | Identity Theft Victim Bank Statement (redacted) | | | | | | |
| 4 | | Identity Theft Victim Declaration of Fraudulent Transactions (redacted) | | | | | | |
| 5 | | Photographs of Identity Theft Victim Wallet and contents (redacted) | | | | | | |
| 6 | | Securus Profile of Defendant | | | | | | |
| 7 | | Securus Transaction on July 19, 2021 (redacted) | | | | | | |
| 8 | | Video of Visit Between Defendant and Jefferson County inmate on July 19, 2021 (Physical Exhibit) | | | | | | |
| 9 | | Video of Evidence Intake on September 13, 2021 Part 1 (Physical Exhibit) | | | | | | |
| 10 | | Video of Evidence Intake on September 13, 2021 Part 2 (Physical Exhibit) | | | | | | |
| 11 | | Video of encounter with Defendant on August 27, 2021 (Physical Exhibit) | | | | | | |

| # | | Description | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 12 | | Video Interview of Defendant by FBI on September 28, 2021 Part 1 (Physical Exhibit) | | | | | | |
| 13 | | Video Interview of Defendant by FBI on September 28, 2021 Part 2 (Physical Exhibit) | | | | | | |
| 14 | | Defendant Snapchats | | | | | | |
| 15 | | School District ID Card (redacted) | | | | | | |
| 16 | | Texts from Defendant to Identity Theft Victim | | | | | | |
| 17 | | Photos of Injuries of August 2019 Assault | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |