IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 1:21-mj-00168-STV

UNITED STATES OF AMERICA,

    Plaintiff,

v.

BRIAN CHRISTOPHER PAZ PALMER,

    Defendant.

_____

## NOTICE OF APPEARANCE
_____

The Office of the Federal Public Defender, by and through undersigned counsel hereby enters its appearance in the above captioned case.

    Respectfully submitted,

    VIRGINIA L. GRADY
    Federal Public Defender


    s/Jared Westbroek
    JARED WESTBROEK
    Assistant Federal Public Defender
    633 17th Street, Suite 1000
    Denver, CO  80202
    Telephone:  (303) 294-7002
    FAX:  (303) 294-1192
    jared.westbroek@fd.org
    Attorney for Defendant

## CERTIFICATE OF SERVICE

  I hereby certify that on December 6, 2021, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

  Brian David Fields, AUSA
  Email: bryan.fields@usdoj.gov

and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participant in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

  Brian Christopher Paz Palmer  (via Mail)


            s/Jared Westbroek
            JARED WESTBROEK
            Assistant Federal Public Defender
            633 17th Street, Suite 1000
            Denver, CO  80202
            Telephone:  (303) 294-7002
            FAX:  (303) 294-1192
            jared.westbroek@fd.org
            Attorney for Defendant